PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
tterry@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone: (702) 240-7979
Facsimile: (866) 412-6992
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA LOPEZ, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARDENAS MARKETS, INC., a foreign corporation, DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-00985<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE JOINT PRE-TRIAL ORDER**<br>**(Second Request)** |

Pursuant to Local Rules 6-1 and 26-4, the parties, by and through their respective attorneys of record, stipulate and agree to extend the deadline to file the Joint Pre-Trial Order by an additional thirty-three (33) days.

The Court previously ordered the Joint Pre-Trial Order to be filed within thirty (30) days following its ruling on final dispositive motions. On September 24, 2018, the Court issued its ruling on Defendant's dispositive motions [ECF No. 27], thereby making the Joint Pre-Trial Order due on or before October 24, 2018. Thereafter, the parties stipulated to extend the deadline to November 26, 2018 which the Court granted [ECF No. 29]. During this time, the parties have continued to be engaged in substantive settlement negotiations to resolve this matter in its entirety. Given these discussions, and in order to avoid potentially unnecessary additional fees and costs if this matter settles, the parties stipulate to move the deadline for the Joint Pre-Trial Order thirty

(30) days, or until Wednesday, December 26, 2018. Accordingly, the parties have agreed and stipulated to the following deadline:

Final Joint Pre-Trial Order to be filed by: **December 26, 2018**

This Stipulation is entered into this 26th day of November, 2018.

| CHRISTIANSEN LAW OFFICES | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| By */s/ R. Todd Terry* <br> PETER S. CHRISTIANSEN, ESQ. <br> Nevada Bar No. 5254 <br> R. TODD TERRY, ESQ. <br> Nevada Bar No. 6519 <br> KEELY A. PERDUE, ESQ. <br> Nevada Bar No. 13931 <br> *Attorneys for Plaintiffs\* | BY */s/ Michael P. Lowry* <br> MICHAEL P. LOWRY, ESQ. <br> Nevada Bar No. 10666 <br> *Attorneys for Defendant Cardenas Markets, Inc.* |

**ORDER**

In accordance with the stipulation of the parties, the Court orders as follows:

The Final Joint Pre-Trial Order shall be filed on or before **December 26, 2018**.

IT IS SO ORDERED.

DATED: 11-27-2018

_____
UNITED STATES MAGISTRATE JUDGE