PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
tterry@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone: (702) 240-7979
Facsimile: (866) 412-6992
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA LOPEZ, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARDENAS MARKETS, INC., a foreign corporation, DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-00985-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE JOINT PRE-TRIAL ORDER**<br>**(Third Request)** |

Pursuant to Local Rules 6-1 and 26-4, the parties, by and through their respective attorneys of record, stipulate and agree to extend the deadline to file the Joint Pre-Trial Order by an additional forty-seven (47) days.

The Court has previously granted two extensions for the parties to complete the Joint Pre-Trial, which was due on December 26, 2018, pursuant to the most recent Stipulation and Order signed by the Court on November 27, 2018. [ECF No. 31]. The most recent Stipulation was sought by the parties in order to allow for substantive settlement negotiations to proceed with the hopes of resolving this matter. The parties have made significant progress in the hopes of reaching a settlement. The requested continuance will permit the parties to continue discussions, as well as allow Plaintiff to address related issues with third parties that must be resolved.

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

For these reasons, and in order to avoid potentially unnecessary additional fees and costs if this matter settles, the parties stipulate to move the deadline for the Joint Pre-Trial Order forty-seven (47) days, or until Monday, February 11, 2019.

Accordingly, the parties have agreed and stipulated to the following deadline:

Final Joint Pre-Trial Order to be filed by: **February 11, 2019**

This Stipulation is entered into this 3rd day of January, 2019.

| CHRISTIANSEN LAW OFFICES | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| By */s/ R. Todd Terry* <br> PETER S. CHRISTIANSEN, ESQ. <br> Nevada Bar No. 5254 <br> R. TODD TERRY, ESQ. <br> Nevada Bar No. 6519 <br> KEELY A. PERDUE, ESQ. <br> Nevada Bar No. 13931 <br> *Attorneys for Plaintiffs\* | BY */s/ Michael P. Lowry* <br> MICHAEL P. LOWRY, ESQ. <br> Nevada Bar No. 10666 <br> *Attorneys for Defendant Cardenas Markets, Inc.* |

## **ORDER**

In accordance with the stipulation of the parties, the Court orders as follows:

The Final Joint Pre-Trial Order shall be filed on or before **February 11, 2019**.

IT IS SO ORDERED.

DATED: January 11, 2019, nunc pro tunc, dated December 26, 2018.

_____
RICHARD F. BOUWLARE, II
UNITED STATES DISTRICT JUDGE